## ANNA K. GILMAN, EXECUTRIX, ETC., APPELLANT, *v.* CAROLINE G. REDINGTON AND OTHERS, RESPONDENTS.

*Appeal from order of surrogate — costs allowed on — Code, section 318.*

Upon appeal to the General Term from an order of the surrogate, the costs which may be allowed under section 318 of the Code, are only those which may be recovered in an action at issue on a question of law from the time the proceeding is brought into the Supreme Court, viz., twenty dollars for the argument and ten dollars for each term the appeal is necessarily on the calendar, and the disbursements.

*Morgan* v. *Morgan* (1 Abb. [N. S.], 40) approved.

APPEAL from an order made at the Special Term readjusting a bill of costs.

*Wellesley W. Gage*, for the appellant.

*Charles E. Whitehead*, for the respondents.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Order modified, and as modified affirmed, without costs to either party.